IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 10-159 - 3, 5 |
| MYKHAYLO BOTSVYNYUK, et al., | : |

# ORDER

AND NOW, this 28th day of May, 2014, as discussed in today's hearing, it is hereby **ORDERED** that:

1. The Parties' Motions for a Continuance are **GRANTED**;

2. The Government's Motion to Strike (Doc. No. 357) is **GRANTED**. Exhibit B of Mykhaylo Botsvynyuk's Motion to take Depositions (Doc. No. 355) is stricken;

3. Mykhaylo Botsvynyuk's Renewed Motion to Travel is **DENIED without prejudice**;

4. Botsvynyuk's Motion to take Depositions (Doc. No. 355) is **WITHDRAWN**;

5. Yaroslav Churuk's Motions for Extension of Time to File Pretrial Motions and to Join in the Motions of Co-Defendant (Doc. Nos. 359, 360) are **DENIED as moot**; and

6. Botsvynyuk's Motion in Limine and Motion to Dismiss the Indictment (Doc. Nos. 353, 354) are **DENIED without prejudice**.

AND IT IS SO ORDERED.

_/s/ Paul S. Diamond_
Paul S. Diamond, J.