IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Crim. No. 10-159-3 |
| : | |
| MYKHAYLO BOSTVYNYUK : | |
| : | |

## ORDER

**AND NOW**, this 19th day of May, 2023, upon consideration of Petitioner Mykhaylo Botsvynyuk's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 808), the Government's Response (Doc. No. 812), Petitioner's Reply (Doc. No. 817), the Parties' Proposed Findings of Facts and Conclusions of Law (Doc. Nos. 861, 862), the Parties' Responses (Doc. Nos. 863, 865), the record evidence, including that presented at the March 6, 2023 evidentiary hearing (See Doc. No. 859), and all related submissions, it is hereby **ORDERED** that:

1. Mykhaylo Botsvynyuk's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 808) is **DENIED**; and

2. A Certificate of Appealability **SHALL NOT ISSUE**; and

3. This case shall remain **CLOSED**.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.